The People of the State of Illinois, defendant in error, v. Frank J. Nenning, plaintiff in error. Gen. No. 34,744.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed December 22, 1930.

Reeda & Peace, for plaintiff in error; M. Mayhall Smith, of counsel. John A Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr., and Edw. E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.